UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADNI GHAFOORI,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER DUNCAN, et al.,<br><br>    Defendants. | No. 2:24-cv-03306-DJC-SCR<br><br><br>ORDER |

Plaintiff is proceeding pro se and this matter is accordingly referred to the undersigned for pretrial proceedings pursuant to Local Rule 302(c)(21). Defendants have filed an answer. ECF No. 9. Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for Thursday, **April 3, 2025 at 10 a.m**., in Courtroom 27 at the U.S. District Court, 501 I Street, Sacramento, California.

2. Not later than fourteen (14) days prior to the Status Conference, the parties shall file status reports addressing the following matters:

    a.  Service of process;

    b.  Possible joinder of additional parties;

    c.  Any expected or desired amendment of the pleadings;

    d.  Jurisdiction and venue;

1

1	    e.  Anticipated motions and their scheduling;
2	    f.  The report required by Federal Rule of Civil Procedure 26(f) outlining the
3	        proposed discovery plan and its scheduling, including disclosure of expert
4	        witnesses;
5	    g.  Future proceedings, including setting appropriate cut−off dates for discovery and
6	        law and motion, and the scheduling of a pretrial conference and trial;
7	    h.  Special procedures, if any;
8	    i.  Estimated trial time;
9	    j.  Modification of standard pretrial procedures specified by the rules due to the
10	   simplicity or complexity of the proceedings;
11	   k.  Whether the case is related to any other cases, including bankruptcy;
12	   l.  Whether a settlement conference should be scheduled;
13	   m.  Whether the parties will stipulate to the magistrate judge assigned to this matter
14	        acting as a settlement judge and waiving disqualification by virtue of his so acting,
15	        or whether they prefer to have a settlement conference before another judge;
16	   n.  Any other matters that may add to the just and expeditious disposition of this
17	        matter.
18	   IT IS SO ORDERED.
19	DATED: March 3, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2