UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADNI GHAFOORI, | No. 2:24-cv-03306-DJC-SCR |
| Plaintiff, | |
| v. | ORDER |
| OFFICER DUNCAN, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On November 19, 2025, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 42.  Plaintiff has filed objections to the Findings and Recommendations (ECF No. 47), and Defendants have filed a reply to the objections (ECF No. 55).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court largely finds the findings and recommendations to be supported by the record and by proper analysis.  However, the Court will give

1

Plaintiff one additional opportunity to allege facts sufficient to state a cause of action under *Monell*.  For the reasons stated by the Magistrate Judge in the Findings and Recommendations, however, no other amendment will be permitted.

Finally, Plaintiff has also sought reconsideration (ECF No. 52) of the Magistrate Judge's Order granting Defendants' extension of time to respond to Plaintiff's First Amended Complaint (ECF No. 51).  Having found no abuse of discretion in the Magistrate Judge's order, the Court will deny reconsideration.  Given that the Court will permit Plaintiff one final attempt to amend his complaint, Defendant shall file a responsive pleading within 14 days after Plaintiff's Second Amended Complaint has been screened and any findings and recommendations adopted by the District Judge, if applicable, or within 35 days if Plaintiff fails to file a Second Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed November 19, 2025 are adopted in part.

2.  Counts II, V, VI, and VII of Plaintiff's First Amended Complaint are dismissed without further leave to amend.

3.  Count VIII is dismissed, and Plaintiff is granted leave to amend to include a *Monell* theory of liability as to other claims for which the Magistrate Judge has found potentially states a cause of action.  Plaintiff must file an amended complaint within twenty-one (21) days of this Order.  Failure to comply with this deadline will result in the screened First Amended Complaint constituting the operative complaint, with no amendments permitted absent further Court order with good cause shown.

4.  Defendants City of Turlock, Turlock Police Department, and Police Chief Hedden are dismissed except as to Count IX.

5.  Defendant unnamed internal investigations officer is dismissed from the case.

6.  Plaintiff's Motion for Leave to file a Second Amended Complaint (ECF No.

60) is DENIED, and the Clerk of the Court is directed to strike ECF No. 61 from the docket.  As indicated above, however, Plaintiff may file a Second Amended Complaint consistent with this Order.  Plaintiff is cautioned that if he adds any additional parties or causes of action not contemplated from this Order, those claims will be stricken.  Plaintiff is reminded that the amended compliant must be a stand alone document and cannot incorporate by reference any other materials, including other cases or prior pleadings in this action.  *See* Local Rule 220.  Once plaintiff files an amended complaint, all prior pleadings are superseded.  All allegations must be included in numbered paragraphs in the amended complaint.

7.  Plaintiff's Motion for Reconsideration (ECF No. 52) is DENIED.

8.  This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **January 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3